**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO.: 25-58532** |
| **NICHOLAS DAMARIO RENDER,** | : | |
| | : | **CHAPTER 13** |
| | : | |
| **DEBTOR** | : | **JUDGE JORDAN** |

_____

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-named Debtor has filed a Motion to Reconsider Order of Dismissal (the "Motion") and related papers with the Court seeking an order reopening case.

**PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion at 10:20 A.M. on November 5, 2025, in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303,** which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: October 15, 2025.

                                                    /s/Stanley J. Kakol, Jr.
                                                  Stanley J. Kakol, Jr.
                                                  Law Offices of Stanley J. Kakol, Jr.
                                                  5353 Fairington Road, Suite C
                                                  Lithonia, Georgia 30038
                                                  770-800-0440
                                                  Debtor's Attorney

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO.: 25-58532** |
| **NICHOLAS DAMARIO RENDER,** | : | |
| | : | **CHAPTER 13** |
| | : | |
| **DEBTOR** | : | **JUDGE JORDAN** |

## MOTION TO RECONSIDER ORDER OF DISMISSAL

COMES NOW Debtor, by and through the undersigned counsel, and files this Motion to Vacate Dismissal Order and Reopen Chapter 13 Case and shows this Honorable Court the following.

1.

Debtor filed a Chapter 13 bankruptcy case in the Northern District of Georgia on 07/30/2025.

2.

At the Confirmation Hearing on 10/08/2025, Debtor's case was dismissed for failure to resolve creditor's objection filed by Capital One Auto Finance (Doc.No.15). Nevertheless, the debtor was fully current at the time of dismissal.

3.

Debtor shows that a plan modification was filed on 10/15/2025 resolving the creditor's objection (Doc.No.20). Moreover, Debtor asserts he will have all additional funds needed to bring his plan payments current prior to the hearing on this Motion.

4.

Debtor prays for an Order vacating the dismissal Order entered in this case on 10/08/2025 (docket no.18) to allow him the opportunity to continue with his debt reorganization through Chapter 13.

WHEREFORE Debtor prays of this Honorable Court the following:
      (a)    That this Motion be filed, read and considered;
      (b)    That a hearing be held to inquire into this matter;

    (c)    That this Honorable Court grant this Motion and vacate the Order of Dismissal;

    (d)    That this Honorable Court reappoint the Chapter 13 Trustee to continue administering this case; and

    (f)    That this Honorable Court grant such other relief that it deems just and proper.

Dated: Wednesday, October 15, 2025.

Respectfully submitted,

/s/ Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
GA Bar No. 406060
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, GA  30038
(770) 800-0440
Debtor's Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, I electronically filed the foregoing **"Motion to Reconsider Order of Dismissal" and "Notice of Hearing"** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Nancy J. Whaley - Standing Chapter 13 Trustee**

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Nicholas Damario Render
2531 Hampton Valley Drive SW
Marietta, GA 30008

All parties and creditors on the attached mailing matrix

/s/ Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
GA Bar No. 406060
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, GA  30038
(770) 800-0440

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 25-58532-jwj<br>Northern District of Georgia<br>Atlanta<br>Wed Oct 15 10:37:35 EDT 2025 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Bk Of Mo/tv<br>Po Box 85710<br>Sioux Falls, SD 57118-5710 |
| Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>Attn: Bankruptcy<br>7933 Preston Rd<br>Plano, TX 75024-2302 | Capital One Auto Finance, a division of Capi<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Auto Finance, a division of Capi<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Child Support Enforcement<br>PO Box 105730<br>Atlanta, GA 30348-5730 | Georgia Department of Revenue<br>2595 Century Parkway NE<br>Suite 339<br>Atlanta, GA 30345-3173 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Stanley J. Kakol Jr.<br>The Law Offices of Stanley J. Kakol, Jr.<br>5353 Fairington Road<br>Suite C<br>Lithonia, GA 30038-1164 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Leah Dobbins<br>11942 Fuller St.<br>Hampton, GA 30228-1819 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| Midland Credit Mgmt<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 | Nicholas Damario Render<br>2531 Hampton Vally Dr. SW<br>Marietta, GA 30008-8845 | Philip L. Rubin<br>Lefkoff Rubin Gleason Russo Williams PC<br>Suite 900<br>5555 Glenridge Connector<br>Atlanta, GA 30342-4762 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Nancy J. Whaley<br>Standing Chapter 13 Trustee<br>Suite 120, Truist Plaza Garden Offices<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Lendmark Financial Ser
2118 Usher St.
Covington, GA 30014

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19